IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT BENEDICT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HANKOOK TIRE COMPANY LIMITED, and )<br>HANKOOK TIRE AMERICA CORPORATION, )<br>)<br>Defendants. ) | Case No. 3:17CV109 |

**HANKOOK TIRE COMPANY LIMITED'S AND HANKOOK TIRE AMERICA COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT DAVID SOUTHWELL**

Defendants Hankook Tire Company Limited and Hankook Tire America Company ("Hankook"), by counsel, and pursuant to Rule 702 of the Federal Rules of Evidence, move to exclude the testimony of Plaintiff's tire expert, David Southwell. The facts and argument in support of this motion are set forth in the accompanying memorandum.

October 20, 2017

                Respectfully submitted,

                **HANKOOK TIRE AMERICA CORPORATION and**
                **HANKOOK TIRE COMPANY LIMITED**

                By: /s/ Matthew J. Hundley
                            Counsel

Martin A. Conn, Esq. (VSB No. 39133)
Matthew J. Hundley, Esq. (VSB No. 76865)
Moran Reeves & Conn PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
Telephone: (804) 421-6250

Facsimile:  (804) 421-6251
mconn@moranreevesconn.com
mhundley@moranreevesconn.com

Joel A. Dewey, Esq. (VSB No. 37319)
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000 Telephone
(410) 580-3001 Facsimile
Joel.dewey@dlapiper.com

Christopher G. Campbell, Esq. (pro hac)
DLA Piper LLP (US)
1201 W. Peachtree Street, NW\Atlanta, FA 30309
(404) 736-7808 Telephone
(404) 682-7800 Facsimile
Christopher.compbell@dlapiper.com

T. Steven Har, Esq. (pro hac)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY
(212) 335-4716 Telephone
(212) 884-8531 Facsimile
Steven.har@dlapiper.com

*Counsel for Hankook Tire Company Limited* and
*Hankook Tire America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

:

        Jonathan E. Halperin, Esq.
        Isaac McBeth, Esq.
        Andrew Lucchetti, Esq.
        Halperin Law Center, LLC
        5225 Hickory Park Drive, Suite B
        Glen Allen, VA 23059
        Phone: (804)527-0100
        Fax: (866) 335-1502

        Jay Halpern, Esq.
        Ian D. Pinkert, Esq.
        Ernesto L. Santos, Jr., Esq.
        Jay Halpern & Associates
        150 Alhambra Cir. #1100
        Coral Gables, FL 33134

        *Counsel for Plaintiff*


        /s/Matthew J. Hundley_____
        Martin A. Conn, Esq. (VSB No. 39133)
        Matthew J. Hundley, Esq. (VSB No. 76865)
        Moran Reeves & Conn PC
        100 Shockoe Slip, 4th Floor
        Richmond, VA 23219
        Telephone: (804) 421-6250
        Facsimile: (804) 421-6251
        mconn@moranreevesconn.com
        mhundley@moranreevesconn.com


        Joel A. Dewey, Esq. (VSB No. 37319)

        DLA Piper LLP (US)
        The Marbury Building
        6225 Smith Avenue
        Baltimore, Maryland 21209-3600
        (410) 580-3000 Telephone
        (410) 580-3001 Facsimile
        Joel.dewey@dlapiper.com
        Christopher G. Campbell, Esq. (pro hac)
        DLA Piper LLP (US)
        1201 W. Peachtree Street, NW\Atlanta, FA 30309
        (404) 736-7808 Telephone
        (404) 682-7800 Facsimile
        Christopher.compbell@dlapiper.com

        T. Steven Har, Esq. (pro hac)
        DLA Piper LLP (US)
        1251 Avenue of the Americas
        New York, NY
        (212) 335-4716 Telephone
        (212) 884-8531 Facsimile
        Steven.har@dlapiper.com

        *Counsel for Hankook Tire Company Limited* and
        *Hankook Tire America Corporation*