IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT BENEDICT

    Plaintiff

v.

                                          Civil Case No.   3:17CV109

HANKOOK TIRE COMPANY LIMITED

HANKOOK TIRE AMERICA CORPORATION

    Defendants.

## VERDICT FORM

1. We, the jury, on the issues joined, unanimously find in favor of the Plaintiff.

    Yes __✓__         No _____

OR

2. We, the jury, on the issues joined, unanimously find in favor of the Defendants.

    Yes _____         No _____

3. If your answer to Question No. 1 is Yes, then answer this Question.

We unanimously award damages in the amount of $ __37,836,259__ (23) in favor of Robert Benedict against the Defendants, jointly and severally.

So say we all, this __9th__ day of March, 2018.

SEALED PURSUANT TO
E-GOVT ACT