IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT BENEDICT

    Plaintiff

v.

                                    Civil Case No.   3:17CV109

HANKOOK TIRE COMPANY LIMITED,
HANKOOK TIRE AMERICA CORPORATION

    Defendants.

## ORDER

For good cause appearing to the Court, it is ORDERED that the jurors in the above entitled case be kept together in the custody of the United States Marshal, who shall furnish them **BREAKFAST on March 6 and 9, 2018 and LUNCH on March 5, 2018, March 6, 2018, March 7, 2018, March 8, 2018, March 9, 2018 and DINNER on March 9, 2018,** submitting the bill to the Clerk of this Court for payment.

And it is so ORDERED.

                                                  /s/
                                        Robert E. Payne
                                        United States District Judge

DATE: March 14, 2018