

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT BENEDICT,

    Plaintiff,

v.                                          Civil Action No. 3:17-cv-109

HANKOOK TIRE COMPANY
LIMITED, et al.,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that HANKOOK TIRE COMPANY LIMITED'S AND HANKOOK TIRE AMERICA CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL (ECF No. 458) is denied in part and granted in part.

It is further ORDERED that the JUDGMENT (ECF No. 431) entered on March 12, 2018 is vacated and that the judgment be remitted to $37,767,742.23. Judgment is hereby entered in favor of Plaintiff and against Hankook Tire Company Limited and Hankook Tire America Corporation, jointly and severally, in that amount together with interest thereon at the federal judgment rate of 2.05% from March 12, 2018 until paid in full.

It is further ORDERED that Plaintiff shall file a response to this ORDER within one (1) week after the entry of the remitted judgment advising the Court and Defendants as to whether he will

accept the remitted judgment or seek a new trial.

Given that HANKOOK TIRE COMPANY LIMITED'S AND HANKOOK TIRE AMERICA CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL (ECF No. 458) has been resolved, the Court's ORDER (ECF No. 472) staying the JUDGMENT (ECF No. 431) has now expired. Having considered Plaintiff's SUPPLEMENTAL MEMORANDUM IN RESPONSE TO MOTION TO STAY EXECUTION OF JUDGMENT (ECF No. 463) and HANKOOK TIRE COMPANY LIMITED'S AND HANKOOK TIRE AMERICA CORPORATION'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO STAY EXECUTION OF JUDGMENT (ECF No. 466), and notwithstanding the contents thereof, and it appearing that any judgment would have to be collected by proceeding in a foreign country, it is further ORDERED that, if Plaintiff accepts the remitted judgment and Defendants wish to obtain a stay pending appeal, Defendants shall post a bond with surety in the amount of the remitted judgment plus one year's interest in accordance with Fed. R. Civ. P. 62(d).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 9, 2018