FILED: August 13, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1802
(3:17-cv-00109-REP)

_____

In re: HANKOOK TIRE COMPANY LIMITED; HANKOOK TIRE AMERICA CORPORATION

Petitioners

_____

O R D E R

_____

Upon consideration of the stipulated motion to dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Entered at the direction of Judge Thacker with the concurrence of Judge Motz and Senior Judge Shedd.

For the Court

/s/ Patricia S. Connor, Clerk