Case 3:17-cv-00109-REP Document 493 Filed 08/17/18 Page 1 of 1 PageID# 12318

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROBERT BENEDICT

    Plaintiff,

v.                                    Civil Action No. 3:17-cv-109

HANKOOK TIRE COMPANY
LIMITED, et al.

    Defendants.

**ORDER APPROVING SUPERSEDEAS BOND AND**

**STAYING EXECUTION OF JUDGMENT PENDING APPEAL**

Having reviewed the MOTION TO ACCEPT SUPERSEDEAS BOND AND TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL (ECF No. 491) and finding the bond adequate and in accord with applicable law,

It is hereby ordered that the SUPERSEDEAS BOND is approved in form and substance and that execution of the judgment entered herein (ECF No. 481) is stayed pending appeal.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                      /s/       /s/ signature
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: August 17, 2018