# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

August 17, 2018

Matthew J. Hundley, Esquire
Moran Reeves & Conn P.C.
100 Shockoe Slip
4th Floor
Richmond, VA 23219

Re: Robert Benedict v. Hankook Tire Company Limited, et al.
Case No. 3:17cv109

Dear Mr. Hundley:

Enclosed is the receipt for filing the Supersedeas Bond entered on August 17, 2018. The court has guidelines for non-cash collateral. Pursuant to 18:3142, please retain the original receipt in your files until the bond is to be released. If and when the parties request the bond to be released, you must file a motion to release the bond at that time and return the original receipt to the Clerk. The court will rule on the motion and direct the clerk to release the bond. Once the Clerk is directed to release the bond, you must return the receipt to the Clerk. If the original receipt is misplaced or lost, the Court must receive a written statement from the payor in order to release the original bond.

If you have any questions concerning this matter, please do not hesitate to call my office at (804) 916-2225.

Sincerely,

FERNANDO GALINDO

By ____________________
J. L. Thompson, Deputy Clerk

/jlt
Enclosure