| | No. 8319 |
|---|---|
| DATE | Aug. 17 2018 |
| RECEIVED FROM | Hankook Tire Co Limited, et al. c/o Matthew J. Hundley, Esq., Moran Reeves |
| ADDRESS | 100 Shockoe Slip, Rch. VA 23219 |
| DOLLARS | $3,776,774.23 |
| FOR | Superseas Bond |
| | The Ohio Casualty Insurance |
| | 3:17cv109 |
| | BY Jennifer Thompson |

| HOW PAID | |
|---|---|
| CASH | |
| CHECK | |
| MONEY ORDER | |

| ACCOUNT | |
|---|---|
| AMT OF ACCOUNT | |
| AMT PAID | |
| BALANCE DUE | |

Tops  FORM J5808