FILED: January 17, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1911
(3:17-cv-00109-REP)

_____

ROBERT BENEDICT

    Plaintiff - Appellee

and

RONNIE L. CROSBY

    Intervenor/Plaintiff

v.

HANKOOK TIRE COMPANY LIMITED; HANKOOK TIRE AMERICA CORPORATION

    Defendants - Appellants

and

LEETE TIRE AND AUTO CENTER, INC.

    Defendant

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*